UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TEVIN CAGLE & GERALD ROBINSON | : | CIVIL ACTION NO. 3:24-cv-00154 |
| | : | |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| DURO-HILEX POLY, LLC | : | |
| | : | |
| Defendant | : | FEBRUARY 6, 2024 |

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant Duro-Hilex Poly, LLC ("DHP"), for purposes of removing this case to the United States District Court for the District of Connecticut, states the following:

1. On January 26, 2024, Plaintiffs initiated an action against DHP (incorrectly naming Novolex Shields, LLC as defendant) in the Superior Court for the Judicial District of New Haven at New Haven, entitled <u>Tevin Cagle and Gerald Robinson v. Novolex Shields, LLC</u>, No. NNH-CV24-6139905-S ("State Court Action"), returnable February 20, 2024, by the service of a Summons and Complaint on DHP. Other than Plaintiffs filing their Summons, Complaint, and Return of Service with the Superior Court on January 26, 2024, no further proceedings have been had in this action.

2. In accordance with 28 U.S.C. § 1446(a), DHP attaches hereto as **Exhibit A** a copy of all process, pleadings, and orders served upon it in this action. DHP also attaches hereto as **Exhibit B** a copy of the Return of Service Plaintiffs filed with the Superior Court on January 26, 2024

3. Plaintiffs' lawsuit against DHP is a civil action of which this Court has original

jurisdiction pursuant to 28 U.S.C. § 1332.  DHP may remove this lawsuit to this Court pursuant to 28 U.S.C. § 1441 on the basis of diversity jurisdiction.

4. Based upon Plaintiffs' Summons and Complaint, and upon information and belief, Plaintiffs are citizens of the State of Connecticut.  (See Summons; Compl. ¶ 1.)

5. DHP is not a citizen of Connecticut.  DHP is a limited liability company organized under the laws of the State of Delaware, with its principal place of business in Hartsville, South Carolina.  The sole member of DHP is Novolex Holdings, LLC, organized under the laws of the State of Delaware, with its principal place of business in Hartsville, South Carolina.  The sole member of Novolex Holdings, LLC is Clydesdale Acquisition Holdings, Inc., organized under the laws of the State of Delaware, with its principal place of business in Charlotte, North Carolina.  Thus, DHP is a citizen of Delaware, South Carolina, and North Carolina.[1]

6. Diversity of citizenship existed between the parties at the time Plaintiffs filed their Complaint.  Diversity of citizenship continues to exist at the time this Notice of Removal is being filed.

7. Plaintiffs' Complaint alleges the following claims against DHP: (i) race discrimination in violation of section 46a-60(b)(1) of the Connecticut General Statutes ("CFEPA") (First Count and Second Count), (ii) color discrimination in violation of CFEPA (Third Count and Fourth Count), (iii) retaliation in violation of CFEPA (Fifth Count and Sixth Count), and (iv) disability discrimination in violation of CFEPA (Seventh Count).  Plaintiffs seek, among other things, money damages, reinstatement or front pay, punitive damages, liquidated damages, and attorneys' fees and costs.  Based on the allegations in the Complaint, it is plain that Plaintiffs

---

[1] Novolex Shields, LLC has the same members as DHP.

purport to put more than $75,000 in controversy.[2]

8.    The United States District Court for the District of Connecticut also has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) as this is a civil action between citizens of different states in which the amount in controversy exceeds the statutory requirement.

9.    Plaintiffs' lawsuit against DHP is one DHP may remove to this Court pursuant to 28 U.S.C. § 1441(a) in that the United States District Court for the District of Connecticut embraces the location where the State Court Action is pending, *i.e.*, New Haven, Connecticut.

10.   DHP has timely filed this Notice of Removal in that DHP first received a copy of the Summons and Complaint on January 19, 2024, and it has filed this Notice of Removal within thirty (30) days thereof.  See 28 U.S.C. § 1446(b)(1).

11.   Pursuant to 28 U.S.C. § 1446(d), DHP hereby certifies it has served a copy of this Notice on Plaintiffs and filed a copy of this Notice with the State of Connecticut Superior Court Clerk, Judicial District of New Haven at New Haven.  DHP attaches a copy of the Notice filed with the Superior Court Clerk hereto as **Exhibit C**.  DHP also attaches a Civil Cover Sheet (JS 44) hereto as **Exhibit D**.

12.   Undersigned counsel has signed this Notice pursuant to Rule 11 of the Federal Rules of Civil Procedure, in accordance with 28 U.S.C. § 1446(a).

13.   In filing this Notice of Removal, DHP does not waive any defects in service of process, venue, or personal jurisdiction.

WHEREFORE, DHP respectfully requests, in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446, that this action now pending in the Superior Court for the State of Connecticut

---

[2] DHP in no way concedes Plaintiffs can establish it is liable for any measure of damages. Rather, this analysis is intended to demonstrate that, assuming Plaintiffs could prevail on liability, more than $75,000 would be at issue.

be removed to this Court, and that this Court proceed with this case as if originally initiated in this Court.

                DEFENDANT
                DURO-HILEX POLY, LLC

                By its attorneys,

                */s/ Jeffrey A. Fritz*
                Jeffrey A. Fritz, ct26667
                Fisher & Phillips LLP
                200 State Street, 7th Floor
                Boston, Massachusetts 02109
                (617) 722-0044
                *jfritz@fisherphillips.com*

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a copy of the foregoing was emailed and mailed this date, postage prepaid, to:

Rebecca M. Harris, Esq.
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, Connecticut 06114
*rharris@cicchielloesq.com*

*Plaintiffs' Counsel*

                */s/ Jeffrey A. Fritz*
                    Jeffrey A. Fritz